# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

KIRK FRANKLIN WILLIAMS,                )
    aka Kirk Williams-Bey,              )
    aka Brother Kirk Williams-Bey,      )
                               )
            **Plaintiff,**                  )
                               )      **CIVIL ACTION**
**v.**                                 )
                               )      **No. 22-1061-JWL**
                               )
**FRANK BISIGNANO,**[1]                 )
**Commissioner of Social Security,**   )
                               )
            **Defendant.**                  )
_____ )

## MEMORANDUM AND ORDER

Before the court is Plaintiff's Notice of Subpoena.  (Doc. 14).  Plaintiff filed his

Complaint in this case on March 1, 2022.  (Doc. 1).  On June 27, 2022, the

Commissioner filed a motion to dismiss for lack of jurisdiction for failure to exhaust

administrative remedies before the Social Security Administration.  (Doc. 10).  The

Commissioner certified he sent his motion and related documentation to Plaintiff by first

class mail at his address of record in Wichita, KS and at another address in Larned, KS.

---

[1] On May 7, 2025, Mr. Bisignano was sworn in as Commissioner of Social Security.  In accordance with Rule 25(d)(1) of the Federal Rules of Civil Procedure, Mr. Bisignano is substituted for Acting Commissioner Kilolo Kijakazi as the defendant.  Pursuant to the last sentence of 42 U.S.C. § 405(g), no further action is necessary.

After more than a month without a response or a motion for extension of time from Plaintiff, the court granted the Commissioner's motion to dismiss the case, finding the court was without jurisdiction because Plaintiff had not exhausted his administrative remedies before the Social Security Administration and the court concurrently issued a judgment on July 29, 2022.   (Docs. 11, 12).   The courts Memorandum and Order and the judgment were mailed to Plaintiff's address of record, "1011 N. Topeka Street, #212, Wichita, KS 67214, but were returned to the court stamped "Attempted, Unable to Forward" on August 8, 2022.   (Doc. 13).   Plaintiff has never filed a change of address with the court since he filed this case, but the return address on the envelope in which he mailed his Notice of Subpoena is 2727 Amidon #626, Wichita KS 67204 and his address included in that document is the same.   (Doc. 14).

This court is without jurisdiction in this case to subpoena the Commissioner of the Social Security Administration.   That is so because the court is without jurisdiction over Plaintiff's complaint in this case as explained in its Memorandum and Order dated July 29, 2022.   Moreover, if the court had jurisdiction to perform judicial review over a final decision of the Social Security Administration in this case the subpoena sought by Plaintiff pursuant to Fed. R. Civ. P. 34 would not be available because discovery is not available in judicial review of such a decision.   42 U.S.C. § 405(g).   Thus, the court finds Plaintiff's Notice of Subpoena VOID.

The court shall order the Clerk of Court to update Plaintiff's address of record in this case to 2727 Amidon #626, Wichita KS 67204, and she shall forward a copy of

Docs. 10, 11, 12, and 13 to Plaintiff at that address.   No further action is contemplated in this case because the court is without jurisdiction.

**IT IS THEREFORE ORDERED** that Plaintiff's Notice of Subpoena (Doc. 14) is VOID.

**IT IS FURTHER ORDERED** that the Clerk of Court shall update Plaintiff's address of record in this case to 2727 Amidon #626, Wichita KS 67204.

**AND IT IS FURTHER ORDERED** that the Clerk of Court shall forward a copy of Docs. 10, 11, 12, and 13 to Plaintiff at his new address of record.

Copies of this order shall be provided to counsel of record for the Commissioner through the court's CM/ECF system, and to the Plaintiff by first class mail at his new address of record.

Dated April 2, 2026, at Kansas City, Kansas.

s:/ John W. Lungstrum
**John W. Lungstrum**
**United States District Judge**